IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:11CR131 |
| v. | : | JUDGE WALTER HERBERT RICE |
| JOHN COLLINS | : | ORDER UNSEALING INDICTMENT |

IT IS HEREBY ORDERED that the Indictment filed herein and ordered sealed by the Order of this court on August 23, 2011, be unsealed by the Clerk of Courts.

DATE: 8-26-11

for JUDGE WALTER HERBERT RICE
UNITED STATES DISTRICT COURT