IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN COLLINS,

    Defendant.

Case No. 3:11cr131

JUDGE WALTER HERBERT RICE

---

ENTRY OF CONTINUANCE OF SENTENCING TO DATE CERTAIN; DECISION AND ENTRY REFERRING DEFENDANT FOR EVALUATION AND REPORT BY DR. MASSIMO DEMARCHIS, PSY. D.; REQUEST OF DR. DEMARCHIS

---

Pursuant to the record made on May 1, 2012, the captioned Defendant's sentencing was postponed from that date to June 19, 2012, at 3:00 p.m.

This Court, upon its own motion, refers the Defendant to Dr. Massimo Demarchis, Psy. D., for an evaluation and report, in the nature of a mental status evaluation pursuant to 18 U.S.C. §4244.

The Defendant is not in custody. The "logistics" of arranging an appointment for said evaluation should be undertaken by the doctor through Defendant's counsel, Thomas Anderson, at 937-225-7687.

It is the request of the Court that Dr. DeMarchis not undertake said evaluation until seven days have elapsed from the date of this Entry, in order to allow counsel to submit whatever information to Dr. DeMarchis they deem helpful in his evaluation.

Not later than two weeks following the receipt of the psychological evaluation ordered, the Government will file a memorandum contra to the Defendant's sentencing memorandum. The Defendant will file whatever reply memoranda is deemed necessary, not later than ten days after date of receipt of the Government's memorandum contra.

May 7, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Patrick Kennedy, U.S. Pretrial Services Officer